*E-FILED - 10/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT STEVE WELLS, | ) | No. C 10-3140 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

On July 19, 2010, plaintiff, proceeding pro se, filed an "Ex Parte Application for Clarity on the Issues of Lifers." The same day, the court notified plaintiff that he had not paid the filing fee nor had he filed an application to proceed in forma pauperis ("IFP"). The court also notified plaintiff that he failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a new IFP application, instructions for completing it, notified that he had to specifically include a Certificate of Funds completed and signed by an authorized officer at the prison, and a stamped return envelope. Plaintiff was cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. Plaintiff was further cautioned that his failure to file a complaint within thirty days would result in the dismissal of this action. To date, plaintiff has not submitted the filing fee, a completed IFP application, nor complaint.

Accordingly, the instant action is DISMISSED without prejudice. The clerk shall enter

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.10\Wells140dis.wpd

1  judgment and close the file.
2         IT IS SO ORDERED.
3  DATED:  10/4/10

  RONALD M. WHYTE
  United States District Judge